

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00265-CR

Edward Lloyd **HUGHES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A16695
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on June 30, 2017. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to July 31, 2017. On July 31, 2017, the appellant filed a motion requesting an additional extension of time to file the brief until August 30, 2017, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by August 30, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk